UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

JOSE MODESTO MARIMON,                         Case No. 11-30627-EPK
    Debtor

_____/               Chapter 13

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and

Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via

certified mail on this 29TH day of August 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161

Robin R. Weiner, Trustee
ECF Registered User

JP Morgan Chase Bank
c/o James L. Dimon, CEO
9200 Oakdale Avenue
Chatsworth, CA 91311

JP Morgan Chase Bank
c/o James L. Dimon, CEO
270 Park Avenue
New York, NY 10017

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Chase Home Finance, LLC
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Chase Home Finance, LLC
c/o David B. Lowman
194 Wood Avenue South, 4th Floor
Iselin, NJ 08830

CitiMortgage, Inc.
c/o Sanjiv, Das, CEO
399 Park Avenue
New York, NY 10022

CitiMortgage, Inc.
CT Corporation System, R.A.
1200 S. Pine Island Road
Plantation FL 33324