**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-30627-EPK**

☐ _____2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Jose Modesto Marimon_____     CO-DEBTOR: _____
Last Four Digits of SS# _xxx-xx-8342_____     Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60_ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $_244.26_____ for months _1_ to _60_ ;

B. $_____ for months _____to_____;

C. $_____ for months _____to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee  $_3,750.00 + $500.00 (Motion to Value) = $4,250.00_
TOTAL PAID  $_1,800.00_
Balance Due  $_2,450.00_ payable $_136.12_ month (Months _1_ to _18_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_____     Arrearage on Petition Date $ _____
Address _____     Arrears Payment  $_____/month (Months____ to ___)
_____     Arrears Payment  $_____/month (Months____ to ___)
_____     Regular Payment  $_____/month (Months_____ to ___)

2._____     Arrears Payment  $_____
_____     Arrears Payment  $_____/month (Months____ to ___)
_____     Regular Payment  $_____/month (Months___ to ___)
Arrears Payment  $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Loan No. xxxxx3247 Prop Add: 811 E Flamango Ct West Palm Beach, FL 33406 | Homestead Property $94,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _n/a_____     Total Due $_____
Payable $_____/month (Months ____to ___ )

Unsecured Creditors: Pay $_83.72_ month (Months _1_ to _18_ ). Pay $219.84/mo (Mos 19 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :The debtor is paying Citi Mortgage Inc (Loan#xxxx0624) directly outside the plan. _____

I declare that the foregoing chapter 13 plan is true and correct under the penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: _10/10/11_