UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

JOSÉ MODESTO **MARIMON**,

Debtors.
_____/

Case No. 11-30627-EPK

Chapter 13

**CREDITOR JPMORGAN CHASE BANK, N.A.'S
MOTION TO ALLOW LATE-FILED CLAIM (NO. 8)**

The creditor JPMorgan Chase Bank, N.A. ("Chase") files this Motion to Allow Late-Filed Claim (No. 8), and in support states:

1. Chase loaned money to the debtor secured by a mortgage on their property located at 811 East Flamango Court, West Palm Beach, Florida 33406 (the "Property"). The mortgage was recorded on April 6, 2006, at Palm Beach County's Official Records Book 20160, Page 513 (the "Mortgage"). The amount of Chase's claim (identified as account no. ending 3247) is $129,039.37 as of the petition date.

2. On October 21, 2011, the Court entered an Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by JPMorgan Chase Bank [DE 38], finding that there is no equity remaining in the Property after payment of all claims secured by liens senior to the Mortgage and ordering (a) that the Mortgage shall be deemed void and shall be extinguished upon the entry of the Debtor's discharge and (b) that any timely filed proof of claim for mortgage debt shall be classified as a general unsecured claim.

3. The debtor's Second Amended Plan [DE 34], filed on October 10, 2011, was confirmed on November 1, 2011 [DE 40].

4. Chase filed a proof of claim for the Mortgage (Claim No. 8). However, due to a

1

servicing error it filed the claim after the bar date[1] on November 30, 2012.

5. On February 21, 2013, the trustee filed an objection [DE 50] to the late-filed claim.

6. Chase requests the court provide for the allowance of Claim No. 8 in the amount of $129,039.37 as a wholly unsecured claim. Chase seeks only be to paid on its claim on a going-forward basis after it is allowed so that the trustee will not recoup payments already made to the other general unsecured creditors.

**WHEREFORE**, Chase seeks the entry of an order granting this motion, deeming Chase's Claim No. 8 as timely filed and allowing Claim No. 8 as a wholly unsecured claim in the amount of $129,039.37; providing that the trustee shall not be required to recoup any funds disbursed to any creditors prior to the date of an order granting this motion so that Chase shall receive a pro rata distribution of the total amount paid to all allowed general unsecured creditors under the confirmed plan commencing the month following the date of an order granting this motion and that Chase shall not be entitled to any share of any distribution paid to any creditor prior to the date of such order; and granting such other relief as the court deems just and proper.

---

[1] The bar date was November 22, 2011.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2013, a true copy of this motion was served electronically upon all parties registered for the CM/ECF service list, including the Chapter 13 Trustee Robin Weiner and the debtor's counsel Robert Sanchez.

> GRAYROBINSON, P.A.
> Counsel for JPMorgan Chase Bank, N.A.
> 401 E. Las Olas Blvd., Suite 1850
> Fort Lauderdale, FL  33301
> Ph. (954) 761-8111—Fax (954) 761-8112
>
> s/Michael D. Lessne
> Michael D. Lessne
> Fla. Bar No. 0073881
> Michael.lessne@gray-robinson.com

\823538\4947 - # 2192230 v1