UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  11-30627-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

JOSE MODESTO MARIMON
XXX-XX-8342

DEBTOR_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 8 |
| **Claimant:** | JPMorgan Chase Bank, N.A. |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 16th day of August, 2016.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO CLAIM
CASE NO.: 11-30627-BKC-EPK

**COPIES FURNISHED TO:**

**DEBTOR**
JOSE MODESTO MARIMON
811 EAST FLAMANGO CT.
WEST PALM BEACH, FL  33406

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR**
JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
POB 80730
Rochester,  MI  48308

**ADDITIONAL CREDITORS**

GRAY ROBINSON, PA
401 E. LAS OLAS BLVD.
#1850
FORT LAUDERDALE, FL  33301

JAMES DIMON, PRESIDENT
270 PARK AVENUE
J.P. MORGAN CHASE
NEW YORK, NY  10017

JPMORGAN CHASE BANK, N.A.
C/O FIVE LAKES AGENCY, INC.
POB 80730
ROCHESTER, MI  48308